Harvey L. Cavender and William E. Kaiser, trading as Cavender & Kaiser, appellants, v. Julius Becker, appellee. Gen. No. 31,532.

Action for legal services. Order vacating default judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Charles B. Adams, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Reversed. Opinion filed May 9, 1927. Rehearing denied May 20, 1927.

Cavender & Milchrist, for appellants; Frank T. Milchrist, of counsel.  A. J. Bedard, for appellee.

Mr. Justice Johnston delivered the opinion of the court.